IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES MARSHALL**                                                                     **PLAINTIFF**

**VS.**                               **CAUSE NO. 4:07-cv-00023-MPM-EMB**

**OFFICER CASEY WIGGINS, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES, POLICE CHIEF
HENRY HARRIS, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES, THE CITY OF GREENWOOD, MAYOR
SHERIEL PERKINS, IN HER OFFICIAL AND
INDIVIDUAL CAPACITIES, GREENWOOD PUBLIC
SCHOOL DISTRICT, DR. LESLIE L. DANIELS,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,
AND PERCY POWELL, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES**                                         **DEFENDANTS**

## ORDER

**BEFORE THE COURT** are two motions [doc. 8 and 11] entitled "Motion for Relief from State Court Discovery" filed by defendants. Essentially, defendants seek relief from their obligation to respond to written discovery served prior to removal of this case. Because the docket reflects that defendants have served the pre-discovery disclosures required by FED.R.CIV.P. 26 and have supplemented the disclosures [ Dckt. Nos. 17 & 26 ] and the Court's Case Management Order has set out the scope of discovery, defendants are excused from responding to any discovery served while this matter was pending in state court.

**SO ORDERED** this 14th day of June, 2007.

                                                       /s/ Eugene M. Bogen
                                                  United States Magistrate Judge